# ELECTRONIC RECORD

COA #   01-13-01052-CR                    OFFENSE:   1 (Poss Controlled Subst)

STYLE:   Danny Jarrod Hamilton v. The State of Texas          COUNTY:   Galveston

COA DISPOSITION:   AFFIRM          TRIAL COURT:   122nd District Court

DATE: 11/04/2014          Publish: NO   TC CASE #:   11CR2795

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Danny Jarrod Hamilton v. The State of Texas          CCA #:   1570-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___02/04/2015___          SIGNED: _____          PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD